UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUDSON EFT, LLC, C/O AZIMUTH DEVELOPMENT GROUP LLC,<br><br>                                          Plaintiff,<br>                         -v-<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY,<br><br>                                          Defendant. | 20 Civ. 8603 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

As discussed at today's conference, the parties disagree whether the Court should permit plaintiff Hudson EFT, LLC ("Hudson") to amend its complaint to join a non-diverse defendant, Wavecrest Management Team, Ltd. ("Wavecrest"), in this action, which would destroy the Court's subject-matter jurisdiction. *See* 28 U.S.C. § 1447(e). Construing Hudson's pending motion to remand this matter to state court, *see* Dkt. 10, as a motion seeking leave to amend its complaint to add that non-diverse party, the Court hereby orders as follows:

Defendant Westchester Surplus Lines Insurance Company ("Westchester") shall file, by Wednesday, **October 28, 2020**, a letter not to exceed three single-spaced pages, opposing Hudson's motion for leave to join Wavecrest. Hudson shall file, by Wednesday, **November 4, 2020**, a letter-brief, also not to exceed three single-spaced pages, in response to Westchester's opposition.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: October 21, 2020
       New York, New York